CHRISTIAN K. LE FLEUR, Respondent, v. JAMES VERGILIA et al., Appellants.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. See memorandum filed in companion case of *Le Fleur* v. *Vergilia* (*ante,* p. 1035, filed herewith). All concur, except McCurn and Wheeler, JJ., who dissent and vote for affirmance. See dissenting memorandum in companion case of *Le Fleur* v. *Vergilia* (*ante,* p. 1035, filed herewith). (Appeal from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

In the Matter of HANNAH KOPLIN et al., Appellants, against PROSPERITY COMPANY, INC., Respondent.— Order affirmed, with $10 costs and disbursements. All concur, except Piper, J., who dissents and votes for reversal and for granting the application on the ground there is no triable issue. (See *Matter of Durr* v. *Paragon Trading Corp.*, 270 N. Y. 464.) (Appeal from an order denying an application for inspection of books and papers of respondent corporation before trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.